UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America

                            ORDER ACCEPTING PLEA ALLOCUTION

                            07 Cr. 928 (SCR)

        v.

Gennine Amos,

---

ROBINSON, J.

      The Court has reviewed the transcript of the plea allocation in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Lisa M. Smith, Chief United States Magistrate Judge, dated March 5, 2008, is approved and accepted.

      The Clerk of the court is directed to enter the plea.

Date: May 8, 2008

                                              SO ORDERED:

                                              STEPHEN C. ROBINSON
                                              UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____